JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYAN WILLIAMS, | ) | Case No. SA CV 20-0382 FMO (KESx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| HENRY LIU, | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 19th day of June, 2020.

/s/
Fernando M. Olguin
United States District Judge